An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

NEVADA YELLOW CAB
CORPORATION; NEVADA CHECKER
CAB CORPORATION; AND NEVADA
STAR CAB CORPORATION,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE RONALD J.
ISRAEL, DISTRICT JUDGE,
Respondents,
and
CHRISTOPHER THOMAS; AND
CHRISTOPHER CRAIG,
Real Parties in Interest.

No. 67664

**FILED**

APR 1 6 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

Having considered this original petition for a writ of mandamus, which seeks an order directing the district court to stay the proceedings below pending our decision in *Gilmore v. Desert Cab, Inc.*, Docket No. 62905, we deny the petition. *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991). A decision was recently entered in *Gilmore*. Thus, as it is moot, we

ORDER the petition DENIED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

15-11481

cc: Hon. Ronald J. Israel, District Judge
Marc C. Gordon
Tamer B. Botros
Leon Greenberg Professional Corporation
Eighth District Court Clerk

Supreme Court
OF
Nevada

(O) 1947A